

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00244-CV

---

In the Matter of the Marriage of Luis Acuna and Erika Quiroz

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2025DCM3585

---

## MEMORANDUM OPINION

Appellant, Erika Quiroz, filed a notice of appeal on June 8, 2026, but neither paid the appellate filing fee nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App.

P. 5. On June 12, 2026, the Clerk of this Court notified Quiroz that this appeal could be dismissed if she failed to pay the filing fees by June 22, 2026. The Clerk further notified Quiroz that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. *See* Tex. R. App. P. 42.3. As of today's date, Quiroz has neither paid the filing fees nor otherwise responded to the Clerk's notice.[1]

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

June 25, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] In addition, Quiroz has not filed the required docketing statement. *See* Tex. R. App. P. 32.1.